Christopher M. Humes Esq., Nevada Bar No. 12782
Marckia H. Hayes Esq., Nevada Bar No. 14539
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: chumes@bhfs.com
Email: mhayes@bhfs.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE ZALESKI,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.:<br><br>**CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LR 7.1-1** |

Plaintiff, Jamie Zaleski, hereby certifies that there are no known interested parties other than those participating in this case.

This representation is made to enable judges of the court to evaluate possible recusal.

Dated: April 16, 2020.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes

Christopher M. Humes, Esq., Nevada Bar No. 12872
Marckia L. Hayes, Esq., Nevada Bar No. 14539
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiff*



BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101