AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

JAMIE ZALESKI

*Plaintiff(s)*

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

*Defendant(s)*

Civil Action No. 2:20-cv-00690-GMN-DJA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
c/o Nevada Division of Insurance
1818 East College Parkway, Suite 103
Carson City, Nevada 89706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher M. Humes, Esq.
Marckia H. Hayes, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Off: 702-382-2101
Fax: 702-382-8135

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/16/2020

*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**

I hereby declare that on this day I served a copy of the Summons and Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to:

Liberty Life Assurance Company of Boston
c/o Corporation Service Company
112 N. Curry St.
Carson City, NV 89703-4934
CERTIFIED MAIL NO. 7019 1120 0000 7069 8210

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 30th day of April 2020.

*/s/ Susan Bell*
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE: Jamie Zaleski vs. Liberty Life Assurance Company of Boston
U.S. District Court, District of Nevada
Case No. 2:20-cv-00690-GMN-DJA

State of Nevada, Division of Insurance
The document on which this certificate is stamped is a full, true and correct copy of the original

Date: 4/30/20 By: S. Bell

**AFFIDAVIT OF SERVICE**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**
**CLARK COUNTY, STATE OF NEVADA**

JAMIE ZALESKI,

Plaintiff(s)

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant(s)

Case No.:2:20-cv-00690-GMN-DJA
Christopher M. Humes, Esq., Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK
100 N. City Parkway; Suite 1600
Las Vegas, NV 89106
(702) 382-2101
*Attorneys for the Plaintiff(s)*

Client File# 090755.0079 CMH

I, Daniel LaMotte, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons; Complaint; Service Fee of $30.00 - Check No. 213572, from BROWNSTEIN HYATT FARBER SCHRECK

That on 4/28/2020 at 9:33 AM at 1818 East College Parkway, Suite 103, Carson City, NV 89706 I served Liberty Life Assurance Company of Boston - c/o Nevada Division of Insurance, by personally delivering and leaving a copy of the above-listed document(s) with Frank P. - Admin/Front Desk, a person of suitable age and discretion authorized to accept service of process.

That the description of the person actually served is as follows:
Gender: Male, Race: Caucasian, Age: 46 - 50 yrs., Height: 5'1 - 5'6, Weight: 141-160 lbs., Hair: Black, Eyes:Brown/Glasses

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/30/2020

Daniel LaMotte
Registered Work Card# R-2020-01425
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Control #:NV225764
Reference: 090755.0079 CMH