Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE ZALESKI,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. 2:20-CV-00690<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Defendant Liberty Life Assurance Company of Boston ("Liberty") files this Disclosure Statement and Certificate of Interested Persons pursuant to FRCP 7.1 and Local Rule 7.1-1 and shows the Court as follows:

**DISCLOSURE STATEMENT**

1. **Liberty Life Assurance Company of Boston** is now known as Lincoln Life Assurance Company of Boston. **Lincoln Life Assurance Company of Boston** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of the Lincoln National Corporation, a publicly held corporation.

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned attorney of record for Defendant certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston)
4. Jamie Zaleski

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 18th day of May 2020.

**LAW OFFICE OF GEORLEN K. SPANGLER**

/s/ Georlen Spangler

Georlen Spangler
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

Pursuant to Special Order #109, the following counsel of record registered for the CM/ECF system have been served with the foregoing **DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS** by electronic means:

Christopher M. Humes
Email: chumes@bhfs.com

Marckia H. Hayes
Email: mhayes@bhfs.com

*Attorneys for Plaintiff*

Dated this 18th day of May 2020.

/s/ *Georlen K. Spangler*
Georlen K. Spangler