Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMIE ZALESKI,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

Case No. 2:20-CV-00690

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Jamie Zaleski (hereinafter "Plaintiff") and Defendant Liberty Life Assurance Company of Boston (hereinafter "Defendant") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

1. Plaintiff and Defendant no longer desire to litigate this action.

2. Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

DATED this 22nd day of September 2020.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, NV Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Las Vegas, Nevada 89106-4614
Email: chumes@bhfs.com
*Attorneys for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
14785 Preston Rd, Suite 550
Dallas, Texas 75254

LAW OFFICE OF GEORLEN K. SPANGLER

/s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 24 day of September, 2020.

Gloria M. Navarro, District Judge
United States District Court
Case No. 2:20-cv-00690-GMN-DJA